2007–2251.  **Encompass Ins. Co. of Am. v. Reeder.**
Summit App. No. 23775, 2007-Ohio-5675.
> MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. I.
> CUPP, J., dissents.

2007–2253.  **State v. Bolling.**
Montgomery App. No. 21874, 2007-Ohio-5976.

2007–2256.  **State v. Turner.**
Cuyahoga App. No. 88489, 2007-Ohio-3264, and 2007-Ohio-5449.
> MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. I.

2007–2258.  **State v. Kennedy.**
Hamilton App. Nos. C–060579 and C–060580.

2007–2259.  **State v. McClaskey.**
Pickaway App. No. 06CA24, 2007-Ohio-5867.

2007–2260.  **State v. Graves.**
Cuyahoga App. No. 88845, 2007-Ohio-5430.
> MOYER, C.J., dissents.

2007–2261.  **State v. Glover.**
Washington App. No. 07CA17, 2007-Ohio-5868.

2007–2267.  **State v. Merrifield.**
Hamilton App. No. C–060764.
> O'CONNOR, J., dissents.

2007–2268.  **Ross v. William E. Platten Contracting Co.**
Cuyahoga App. No. 88749, 2007-Ohio-5733.
> O'CONNOR, J., not participating.

2007–2272.  **Hundemer v. Partin.**
Clermont App. No. CA2007–01–006, 2007-Ohio-5631.
> MOYER, C.J., and LANZINGER, J., dissent.

2007–2274.  **State v. Schuler.**
Hamilton App. No. C–060864.

2007–2276.  **Wadley v. Knowlton Mfg. Co.**
Hamilton App. No. C–061045, 2007-Ohio-5739.
> PFEIFER, J., dissents.

2007–2277.  **State v. Collins.**
Summit App. No. 23662, 2007-Ohio-5674.

2007–2278.  **State v. Ford.**
Cuyahoga App. Nos. 88946 and 88947, 2007-Ohio-5722.

2007–2284.  **Bowling Green v. Bourne.**
Wood App. No. WD–07–007, 2007-Ohio-5748.
> PFEIFER and O'DONNELL, JJ., dissent.

2007–2290.  **Lassiter v. Lassiter.**
Hamilton App. No. C–070048.

2007–2292.  **In re Cole.**
Cuyahoga App. No. 89089, 2007-Ohio-5730.

2007–2296.  **CityLink Ctr. v. Cincinnati.**
Hamilton App. Nos. C–061037, C–061054, and C–061064, 2007-Ohio-5873.

2007–2297.  **State v. Stephens.**
Franklin App. No. 07AP–682.